UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAYNARD COUNTRY CLUB, INC. )<br>)<br>Defendant. )<br>) | Civil Action No. _____<br><br>04 12540 MLW |

## DEFENDANT MAYNARD COUNTRY CLUB, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Now comes the Defendant, Maynard Country Club, Inc., by and through its counsel, and hereby submits the following disclosure of corporate affiliations pursuant to Local Rule 7.3:

Maynard Country Club, Inc. hereby discloses that there is no parent company, subsidiary or affiliate that has issued shares to the public.

MAYNARD COUNTRY CLUB, INC.

By its attorneys,

_____
David S. Rosenthal, Esq. (BBO # 429260)
Carrie J. Campion, Esq. (BBO# 656451)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: December 3, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (mail) (by hand) on 12/3/04

BOS1441739.1