UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER<br><br>Plaintiff,<br><br>vs.<br><br>MAYNARD COUNTRY CLUB,<br><br>Defendant. | Docket No. 04-12540MLW |

## DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

The defendant Maynard Country Club (the "Club"), submits this Motion to Dismiss and for Summary Judgment dismissing Ronald A. Favier's (" Mr. Favier") Complaint in its entirety. Each of the Complaint's five claims should be dismissed because they either fail to state a claim upon which relief may be granted or because, based upon the record evidence, there are no material disputed facts and on the undisputed facts, the Club is entitled to judgment as a matter of law.

In support of this Motion, the Club relies on the discovery conducted by both parties at the Massachusetts Commission Against Discrimination's Attorney Assisted Unit in the underlying MCAD matter, including the undisputed facts admitted by Mr. Favier at his deposition; the deposition testimony of Michael J. Kaminski; the deposition testimony of Jane Ford; the deposition testimony of Patricia Triska; and the clear and unambiguous terms of the employment-at-will contract dated January 1, 2001 (the "Agreement") signed by Mr. Favier. The Club also relies on various business records of the Club, and on the Affidavit of Michael Kaminski. This evidence directly and conclusively contradicts many of the allegations in Mr.

Favier's Complaint and disposes of all of the claims asserted by him. Therefore, the Club's motion should be granted in its entirety.

Respectfully submitted,

MAYNARD COUNTRY CLUB

By its attorneys,

*/s/ Carrie Campion*

David S. Rosenthal (BBO No. 429260)
Carrie J. Campion (BBO No. 656451)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Dated: December 6, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 12/6/04.

BOS1442796.1