UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RONALD A. FAVIER

      Plaintiff,

vs.

MAYNARD COUNTRY CLUB,

      Defendant.

Docket No. 04-12540MLW

## AFFIDAVIT OF ATTORNEY CARRIE J. CAMPION

Carrie J. Campion, on oath, deposes and says:

1. I am the attorney for the defendant, Maynard Country Club (the "Club"), in the above captioned action.

2. Attached to this affidavit as Exhibit 1 is a true and accurate copy of the complete deposition transcript of Ronald A. Favier, dated October 29, 2003.

3. Attached to this affidavit as Exhibit 2 is a true and accurate copy of the complete deposition transcript of Joan Ford, dated January 12, 2004.

4. Attached to this affidavit as Exhibit 3 is a true and accurate copy of the complete deposition transcript of Michael Kaminski, dated November 6, 2003.

5. Attached to this affidavit as Exhibit 4 is a true and accurate copy of the complete deposition transcript of Patricia Triska, dated February 17, 2004.

6. Attached to this affidavit as Exhibit 5 is a true and accurate copy of a letter from the Ronald A. Favier to Peter Boeing, Vice President and House Committee Chairman, dated April 11, 2002. This letter was produced by the Club during discovery in this matter at the MCAD from the business records of the Club.

BOS1442782.1

7.	Attached to this affidavit as Exhibit 6 is a true and accurate copy of a letter from Ronald A. Favier to Dawn Anderson dated May 13, 2001. This letter was produced by the Club during discovery in this matter at the MCAD from the business records of the Club.

8.	Attached to this affidavit as Exhibit 7 is a true and accurate copy of Board members' ideas regarding moving the Club in a more professional direction, notes undated. These notes were produced by the Club during discovery in this matter at the MCAD from the business records of the Club.

9.	Attached to this affidavit as Exhibit 8 is a true and accurate copy of an email from Joan Apkin to Jane Ford, dated October 2, 2002. This email was produced by the Club during discovery in this matter at the MCAD from the business records of the Club.

10.	Attached to this affidavit as Exhibit 9 is a true and accurate copy of an email from Ronald A. Favier to Janet McKean, board member, dated August 22, 2001. This email was produced by the Club during discovery in this matter at the MCAD from the business records of the Club.

Respectfully submitted,

MAYNARD COUNTRY CLUB

By its attorneys,

_____
David Rosenthal, BBO. No.
Carrie J. Campion, BBO No. 656451
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
(617) 345-1000