UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RONALD A. FAVIER,**<br><br>   **Plaintiff,**<br><br> vs.<br><br>**MAYNARD COUNTRY CLUB,**<br><br>   **Defendant.** | **Docket No. 04-12540 MLW** |

**DEFENDANT MAYNARD COUNTRY CLUB'S
REQUEST FOR LEAVE TO FILE REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
AND FOR SUMMARY JUDGMENT**

Defendant Maynard Country Club ("Defendant") hereby requests that this Court, pursuant to L.R. 7.1(B)(3), grant it leave to file a reply memorandum in response to Plaintiff's Opposition to Defendant's Motion to Dismiss and for Summary Judgment. In support of this request, Defendant states that the reply memorandum will reply to and help clarify several arguments and issues raised by the Plaintiff in his opposition memo.

The Plaintiff's Opposition was filed on December 20, 2004. The Defendant requests time to file its reply brief up to and including January 17, 2005. Defendant seeks this amount of time to file its reply brief because Defendant's counsel has vacation plans for the holidays.

WHEREFORE, Defendant respectfully requests this Court to grant it leave to file a reply brief.

Respectfully submitted,

MAYNARD COUNTRY CLUB

By its attorneys,

/s/ Carrie J. Campion_____
David S. Rosenthal (BBO No. 429260)
Carrie J. Campion (BBO No. 656451)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Date: December 22, 2004

Certificate of Service

I hereby certify that a copy of the above request was mailed to Plaintiff's counsel at his last known address on December 23, 2004.

/s/ Carrie J. Campion_____
Carrie J. Campion

BOS1448408.1