UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER,<br><br>    Plaintiff,<br><br>vs.<br><br>MAYNARD COUNTRY CLUB,<br><br>    Defendant. | Docket No. 04-12540-MLW |

## THE PLAINTIFF RONALD A. FAVIER'S OBJECTION AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT ON SAME

The plaintiff Ronald A. Favier ("Mr. Favier"), submits this Objection and Opposition to the Defendant's Motion to Dismiss and for Summary Judgment. Briefly, there are material disputed facts, which prevent the entry of judgment in favor of the Defendant Maynard Country Club, Inc. as a matter of law, per F.R.C.P 56.

In support of this Objection and Opposition, Mr. Favier relies on, *inter alia*, his Memorandum of Law, the discovery conducted by both of the parties at the Massachusetts Commission Against Discrimination's Attorney Assisted Unit in the underlying MCAD matter, including the deposition testimony of Mr. Favier; the deposition testimony of Michael J. Kaminski; the deposition testimony of Jane Ford; and the deposition testimony of Patricia Triska. In addition, Mr. Favier relies on various business records of the Defendant Country Club, and on his Affidavit.

This evidence directly raises a *prima facie* case and contradicts many of the allegations raised by the Defendant Country Club in its Motion. Therefore, the Country Club's Motion should be denied.

1

## THE PLAINTIFF RONALD FAVIER RESPECTFULLY REQUESTS AN ORAL ARGUMENT ON THIS MATTER

Respectfully submitted,

RONALD A. FAVIER

By his attorneys,

_____
Blaine J. DeFreitas (BBO No. 563321)
Edmund P. Hurley (BBO No. 556019)
BLAINE J. DeFREITAS AND ASSOCIATES
One Pleasant Street
Maynard, MA 01754
978-897-0339

Dated: December 20, 2004

I hereby certify that a true copy of the above document was served upon the attorney of record for the Defendant, Carrie J. Campion, Esquire, by hand on December 20, 2004.

_____
Edmund P. Hurley

2