UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MAYNARD COUNTRY CLUB, )<br>)<br>Defendant. )<br>) | Docket No.: 04-12540MLW |

**PLAINTIFF'S MOTION TO PERMIT ADDITIONAL DISCOVERY BEFORE ACTION ON THE DEFENDANT'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT**

NOW COMES the Plaintiff Ronald Favier and Motions this Court per Fed. R. Civ. Pro. 56(f) as follows:

That action on the defendant's Motion to Dismiss and for Summary Judgment should be stayed pending the completion of discovery for the reasons set forth in the attached affidavit of Attorney Edmund P. Hurley

WHEREFORE, the plaintiff thereby requests that this Honorable Court:

1. Delay acting on the defendant's Motion to Dismiss and for Summary Judgment until discovery is complete; and

2. Award the plaintiff such other relief as is just.

Respectfully Submitted,

The Plaintiff, Ronald A. Favier,

By his attorney,

Dated: December 20, 2004

_____
Edmund P. Hurley (BBO No. 556019)
Blaine J. DeFreitas & Associates
1 Pleasant Street
Maynard, MA 01754
978-897-0339

I hereby certify that a true copy of the above document was served upon the attorney of record for the Defendant, Carrie J. Campion, Esquire, by hand on December 20, 2004.

_____
Edmund P. Hurley

2

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RONALD A. FAVIER,<br><br>      Plaintiff,<br><br>v.<br><br>MAYNARD COUNTRY CLUB,<br><br>      Defendant. | Docket No.: 04-12540MLW |

## AFFIDAVIT OF ATTORNEY EDMUND P. HURLEY IN SUPPORT OF RULE 56(f) MOTION

Edmund P. Hurley, being duly sworn, on oath swears under the penalties of perjury as follows:

1. I am the attorney for the plaintiff, Ronald A. Favier, in the above captioned matter.

2. That I expect that additional discovery, primarily in the form of depositions, will enable the plaintiff Ronald Favier to "flesh out" the allegations of Ms. Patricia Triska as to age bias, and further to explain fully what happened at the meeting whereat the defendant's Board of Governor's voted to terminate the plaintiff Ronald Favier.

3. President Kaminski's memory of the day in question is poor, as can be seen from his deposition transcript, a copy of which is attached to Attorney Campion's Affidavit.

                                    Signed Under the Penalties of Perjury:

Dated: December 19, 2004

                                    Edmund P. Hurley
                                    DeFreitas and Associates
                                    1 Pleasant Street
                                    Maynard, MA 01754
                                    978-897-0339
                                    BBO Number: 556019

I hereby certify that a true copy of the above document was served upon the attorney of record for the Defendant, Carrie J. Campion, Esquire, by hand on December 20, 2004.

_____
Edmund P. Hurley