# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

|                                    |   |                              |
|------------------------------------|---|------------------------------|
| RONALD A. FAVIER,                  | ) |                              |
|                                    | ) |                              |
| Plaintiff,                         | ) |                              |
|                                    | ) | Docket No.: 04-12540MLW      |
| v.                                 | ) |                              |
|                                    | ) |                              |
| MAYNARD COUNTRY CLUB,              | ) |                              |
|                                    | ) |                              |
| Defendant.                         | ) |                              |

## MOTION OF THE PLAINTIFF, RONALD A. FAVIER, TO STRIKE PORTIONS OF THE DEENDANT'S AFFIDAVIT OF MICHAEL KAMINSKI

The plaintiff Ronald A. Favier submits this Motion to Strike Portions of the defendant's affidavit of Michael Kaminksi, which was submitted in support of the defendant's Motion to Dismiss and For Summary Judgment. Large portions of the affidavit of Michael Kaminski are defective, violative of Rule 56, and should be stricken pursuant to Fed. R. Civ. P. 12(f).

The plaintiff relies on his Memorandum of Law in Support of the within Motion.

WHEREFORE, the Plaintiff, Ronald A. Favier, Respectfully Requests that this Court:

1. Strike the offending portions of the affidavit of Michael Kaminski;

2. Deny the defendant's Motion to Dismiss and for Summary Judgment based on its improper reliance on the defective portions of the affidavit of Michael Kaminski;

3. In the alternative, delay action on the defendant's Motion until discovery is complete; and

4. Award the plaintiff Ronald A. Favier such other relief as is just.

Respectfully Submitted,
The Plaintiff, Ronald A. Favier,
By his attorney,

Dated: December 20, 2004

_____
Edmund P. Hurley (BBO No. 556019)
Blaine J. DeFreitas & Associates
1 Pleasant Street
Maynard, MA 01754
978-897-0339

I hereby certify that a true copy of the above document was served upon the attorney of record for the Defendant, Carrie J. Campion, Esquire, by hand on December 20, 2004.

_____
Edmund P. Hurley