UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Docket No.: 04-12540MLW<br>) |
| MAYNARD COUNTRY CLUB, | )<br>)<br>) |
| Defendant. | )<br>) |

## AFFIDAVIT OF RONALD A. FAVIER

The Plaintiff, Ronald A. Favier, being duly sworn, hereby swears on oath and under the penalties of perjury as follows:

1. I reside at 120 Parker Street, unit number 14, Acton, Massachusetts, 01720. The facts in this affidavit are true to my knowledge.

2. I was subjected to a hostile work environment and illegally terminated on December 16, 2002, based on my age. Please see the Affidavit of Ms. Patricia Triska for confirmation of the Defendant's improper animus and bias.

3. Each of the Defendant's proffered reasons for my termination as General Manager of the Maynard Country Club is demonstrably false. While I knew that Ms. Ford disliked me, her age bias has become clear during discovery, and after my own deposition.

4. During my tenure as General Manager from early 2000 to late 2002, I saw an increase in total membership, membership revenue, greens revenue, golf cart

fees, and membership satisfaction. I received constant praise from many members and Board Members for my efforts. Attached hereto as **Exhibit 1** is a true copy of President Kaminski's July 1, 2002 E-Mail which criticizes members of the Defendant's Board of Governors, but suggests praise to me in its sixth paragraph, and puts my "threat" of resignation in context:

"In my three months as president, I have receive very little [sic] complaints or issues from the members . . . they seem to be pleased with the way the club is operating. To me, this is the bottom line . . . membership satifaction [sic]." (Ellipses in original).

5. Please note that while I was the General Manager, I was not a member of the Defendant's Board of Governors.

6. My termination was a surprise. I received pay raises, had Christmas bonuses, and praise from members of the Board of Governors, including Maynard Country Club President Michael Kaminski, who voted for a pay raise for me.

7. I have never heard any complaints or criticisms from any members of the Defendant's Board of Governors about the Maynard Country Club's golf course maintenance -- not during or after my stewardship as the General Manager. My younger replacement's "expertise" is in golf course maintenance, an area which has never been cited to me by any member of the Board of Governors as needing improvement.

8. During my tenure as General Manager, I was not informed that I allegedly lacked interpersonal skills, "cooperation" with others, lacked certain "skill sets" or lacked "urgency" in completing tasks. Consequently, I never had an

opportunity to correct any alleged deficiencies with my performance. I was also not informed of any alleged defects with my financial reports. I was never told that any of my revenue reports was inaccurate. I was also never told during my employment that the General Manager had to have a college degree, despite that allegation in early 2003 when certain Board members attempted to justify my termination to concerned members of the Country Club.

9. On July 23, 2002, House Committee Chair Jane Ford wrote me an E-Mail, a true copy of which is attached as **Exhibit 2** hereto. Ms. Ford does not criticize me, and ends her note by thanking me for all I do. She does not state that she will be writing reports because I am not able; rather she writes that she wants to reduce my work load. "Please note that my intent is [to] take some admin pressures of[f] of you." See first section after numbered paragraph six of **Exhibit 2** hereto.

10. Although I am not a computer "expert," I was able to competently and fully use the Country Club's computers, which I regularly backed up, and did not receive any criticism of my "IT" or computer skills as General Manager. In addition, I was never "short" on my inventory.

11. Furthermore, I was not told during my employment that my use of the Country Club's two safes was in any manner improper.

12. In the spring of 2002 I began to be "excused" from the Board of Governor's monthly meetings, by President Kaminski, despite my clear need to be aware

3

of all facets of the Country Club, in order to be an effective General Manager. My departure was mandatory, not optional.

13. I also stopped receiving the Treasurer's monthly financial reports timely, which I needed to monitor and plan expenses. There was no rational or legitimate reason for this behavior.

14. I am disappointed by certain members of the Maynard Country Club's Board of Governor's deception and bias in this matter. The reason for my termination was my age. Any other reason is demonstrably false.

15. I estimate that the average age of the Board which hired me was several years higher than the average age of the members of the Board which fired me.

16. On June 24, 2002 Jane Ford acknowledged that she knew that I was a team player: "I will be speaking with Ron as needed and play [sic] on this being a team effort between Ron and I and I know he agrees." Exhibit 3 of Mr. Favier's Deposition, after section 8.

17. Before I became the Defendant's General Manager, I had been a member of the Defendant Country Club for approximately five years. I had been a Board Member of the Board of Governors of the Defendant and was the House Committee Chairman for approximately three years of said approximately five year period.

18. As a result of my almost three year tenure as General Manager of the Defendant Country Club, its finances were in order, and there were reliable systems in place regarding the Defendant's operations. After I became the General Manger, I examined the operations, management and finances of the

4

Defendant, in order to help ensure that the Defendant was run in a business-like manner.

19. As the General Manger of the Defendant, I attended the Board of Director's monthly meetings to discuss issues related to the Defendant. I provided status reports each month regarding the operations and financial health of the Defendant. I stopped providing said reports only after Ms. Jane Ford told me that she would take over same as part of her duties as Treasurer. President Kaminski told me that she was doing so to reduce my workload, not because there was anything wrong with my own reports.

20. The Board of Governors, of which President Michael Kaminski was a member, voted to raise my pay from $44,000.00 to $48,000.00 per year.

21. I provide Ms. Ford with each report she requested. During my tenure as General Manager, I was never told any of my financial reports were inaccurate. In fact, Ms. Ford praised my reports. On June 24, 2002, House Committee Chair, Ms. Jane Ford, wrote as follows: "Ron [Favier] present to me a great report about the successful men's member guest. The report was detailed and offered actual expenses and profits." See paragraph four of **Exhibit 3** hereto, Ms. Jane Ford's June 24, 2002 E-Mail to me. On occasion, I was asked to supplement reports with additional information, and I did so.

22. I did not provide Treasurer Joan Apkin with requested tax returns per the order of President Michael Kaminski, who suggested that I lie to Ms. Apkin as follows: "[E]ven if you find the tax returns . . . you didn't, if you know what I

5

mean . . ." (Ellipses in original). Please see numbered paragraph four of **Exhibit 4** hereto, a copy of President Kaminski's June 11, 2002 E-mail to me.

23. I did not tell my employees that I would get them a pay raise. I told them that I would attempt to secure one for them. No employee ever quit because of my telling him or her that he or she would obtain a pay raise. Rather, I asked one employee to wait and see if I could obtain a pay raise for him. He waited a month, was not given a pay raise, and quit.

24. I was always willing and able to work with the Board of Directors in achieving its goals. I also had the needed skills, including the managerial skills needed to handle difficult employment situations. I had the skills and willingness to assist the Board of Governors in raising the business standards of the Defendant Country Club. For example, I joined the Chamber of Commerce, actively participated in same, and was able to secure new memberships for the Defendant Country Club.

25. President Kaminksi verbally terminated my employment in December of 2002, stating that I had done nothing wrong, that my integrity was unquestioned, but that, "it is time for a change."

26. I was popular with the Defendant Country Club's members. I helped to ensure that the Country Club was being run a competent, professional and business-like manner.

27. After my discharge, the defendant continued to use a General Manager, but filled same with a younger man, Mr. Nathaniel Binns. Mr. Binns had extensive golf course maintenance experience but only a few years of

6

management experience, according to his resume, a true copy of which is attached hereto as **Exhibit 5**.

28. The Defendant's mischaracterization of said resume is not new. On December 16, 2002, President Kaminski wrote that, "Most recently, Nat held the position of Golf Course Superintendent and General Manger of the Schuylkill Country Club in Orwigsburg, VA." Please see **Exhibit 6** hereto, a true copy a December 16, 2002 general announcement. In fact, "most recently" he had been the Grow-in Superintendent of the Packsaddle Ridge Golf Club in Keezletown, VA, as per Exhibit 5 hereto. Mr. Binn's experience as a golf club general manager was less than three years, according to his resume.

29. Michael Kaminski's statement to the Department of Employment and Training that I was laid off due to an alleged lack of work is demonstrably false.

30. The factual allegations in my Memorandum of Law in Support of my Objection and Opposition to the Defendant's Motion to Dismiss and For Summary Judgment are true to the best of my knowledge.

Signed Under the Penalties of Perjury:

Dated: December 20, 2004

*[signature]*
Ronald A. Favier



EXHIBIT 24
M. KAMINSKI ID
11.6.03

McKean, Janet

| | |
|---|---|
| From: | Mike Kaminski [kaminskifam@yahoo.com] |
| Sent: | Monday, July 01, 2002 9:25 AM |
| To: | Joan Apkin; Jane Audrey-Neuhauser; Ted Bubier; Jane Ford; Paulien Hendrix; McKean, Janet; Jim Mehigan; Bob Sweeney |
| Subject: | BOG |

To All BOG's:

I am extremely disappointed in having to send this e-mail, but I must. Over the past three months, I have watched a board that has been woefully inept in running it's own business, never mind the business of the Maynard Country Club. If we were a board of a privately held company, we'd have all been dismiised by the stockholders!

I have played a quiet role up to this point, hoping that with the new governors, treasurer, and myself, that it would take some time before we began to work efficiently as a group. It hasn't happened!

We have shown a lack of respect for each other at times and this is very disturbing to me. If we have no respect, we have nothing.

This club is owned by some 350 plus members. It is our responsibility as a board to make decisions that make playing golf at the Maynard Country Club and pleasant and rewarding experience for all the members. It is NOT our role to interefere with daily operations of the club...we have employees to do that.

We have a House Committee Chairperson so that all issues with repect to the daily operations of the club should go through. We have a Greens Committee Chairperson so that all issues with respect to the condition of the course should go through. We have a Golf Committe Chairperson so that all issues with golf activities should go through. Let's use them.

In my three months as president, I have received very little complaints or issues from the members...they seem to be pleased with the way the club is operating. To me, this is the bottom line...membership satifaction.

On the other hand, I have received a tremendous amount of complaints from employees and members as to the conduct of the BOG as a whole. We are viewed as a group that can't get along and are constantly harrassing the employees of the club. This is disgraceful and we all must take ownership of this problem.

I suggest each and every one of us take a hard look at why we are on the Board. We volunteer to help direct the club in its daily operations, not to run it. If you disagree with this, then I suggest you turn in your resignation letter NOW! I am not going to continue to babysit this Board.

In the last three months our bookkeeper has resigned,

1

our V-P has resigned, our Club Manager is contemplating resignation, our assistant Club Manager is threatening to bring an employee harrassment suit against the club, and on and on. These were not caused by club members, but by the Board itelf. Think about where the problem lies here!

If you think by the nature of this e-mail that I am angry...you are right on! I am not going to put up with this. If need be, I will invoke the powers I have to do what needs to be done so that the Board will gain the respect of the membership.

I do not want a reply to this e-mail. If you take issue with any of what I have said, then either call me at home at night, or pull me aside when you see me at the club.

Respectfully,
Mike

---

Do You Yahoo!?
Yahoo! - Official partner of 2002 FIFA World Cup
http://fifaworldcup.yahoo.com

Case 1:04-cv-12540-MLW   Document 16   Filed 12/20/2004   Page 11 of 20

| | |
|---|---|
| Subj: | **HOUSE ISSUES AND THANKS** |
| Date: | 07/23/2002 8:34:49 PM Eastern Daylight Time |
| From: | Jane.Ford@LibertyMutual.com (Ford, Jane) |
| To: | ronfavier@aol.com (Ron Favier (E-mail)) |
| CC: | kaminskifam@yahoo.com (Mike Kaminski) |
| File: | meetingforhourlyhouseemployeeswiththehousecomittee.doc (15360 bytes) DL Time (57600 bps): < 1 minute |

With everything going on the other day I did not have a chance to say thank you for the hole in one " award" . I also need to know the dollar amount and who do I write the check to for the "award" By the way it looks great in the office thanks again.

I also wanted to thank you for info the other day as well. I will be preparing the August house report for the BOG meeting coming up . I am hoping this will address the issue of how much time you are spending on admin issues and the amount of time you are spending at the club. The new report will include but not be limited to

1. Event revenue reports.

2 Risk management report [ just the cart issue which you and the staff are enforcing] [ Thanks by the way]

3. Staff meeting updates . By the way can you please post the attachment in the office it is a notice to all hourly employees [ not including Pat since last meeting I announced you are number 1 Pat #2 for now I think it is best to meet without you both] for our meeting on August 1 at 6:30pm. There are some issues I need to address with them and something's I need to make sure they are clear on. I look at this as an opportunity to express the HC feelings. Please note the notice tells the workers to let me know if they are unable to attend. I do not want this meeting to be a time consuming issue for you.

4. If you have hall rentals or tourneys booked please let me know I will include it in our presentation of the BOG. If you could please let me know via email.

5. I know we both are working with other BOG members and committees can you please let me know what you are working on so I can include those items.

6. Insurance review. Can you please provide me the sales persons name from Tufts you have worked with I am putting together and RFP for the insurance.

Anything else please let me know. This being my first crack at it I will need your assistance. Please note that my intent is take some admin pressures of you.

I do have a quick question for with regard to the emails between Joan, Pauline. Pauline stated to Joan that the " raw materials" had already been ordered by the house. When Joan asked where the money was to order the materials I had no idea what she was talking about. I said I saw you on Sunday and if Ron had ordered the materials he would have told me. I said that I thought Pauline had it wrong Ron had ordered for me the Hole in one award which I was paying for and it looked like the awards over the fireplace. Maybe that is what was ordered and Pauline had the issues confused. Please tell me we did not order anything before Pauline had the official ok from Joan; or did Pauline tell you to do it before she had the ok. Please let me know so I can be "in the know"

Also I got a nice note from Deb R. about how nice you and Pat were to her when her car died.

I will be on site Wednesday for a round table with the men on Wednesday for lunch just to see how they see things.

The following is just a list of things I know you are working on already for me. This just helps me keep track of issues so we can work together.

1. Vendor list
2. Contracts with providers

Again thanks for all you do..

Wednesday, July 24, 2002   America Online: Ronfavier

3

Subj: **MEETING WITH RON**
Date: 06/24/2002 6:07:43 PM Eastern Daylight Time
From: Jane.Ford@LibertyMutual.com (Ford, Jane)
To: kaminskifam@yahoo.com (Mike Kaminski), ronfavier@aol.com

Mike,
Ron and I had an opportunity to talk abit this morning. I just wanted to let you know the following

1. Ron and I agreed to get pricing on providing House staff with 2/3 blue golf shirts the amount of shirts would depend on the amount of work each employee does. The thoughts behind this was to offer a staff "uniform" for a lack of a better word. All employees will wear the blue golf shirts and light tan pants or shorts. All employees will be held to the new dress code once it is announced.

2. Ron and I will announce the dress code at a staff meeting when planned. The staff meeting will have burgers and stuff Ron is working on getting things worked out ASAP.

3. Ron and I agreed that employees should not be eating at the bar. The Bartenders can if people are g=coming in that way they can be close to their work station.

4. Ron presented to me a great report about the successful men's member guest. The report was detailed and offered actual expenses and profits.

5. Ron and I agreed that the TVs should be on weather, golf, sports or CNN if worldly events warrant it. NO more MTV or soap operas or "stuff"

6. Ron and I agreed that we would no longer cash personnel checks.

7. I also talk Ron that going forward all House issues should be directed to me. Not Him. For example all BOG questions should be directed to me.

8. Ron will be getting for me all job descriptions and we will jointly review them to ensure all updating if any are done for our staff meeting.

I will be speaking with Ron as needed and play on this being a team effort between Ron and I and I know he agrees.

I you have nay questions please give me a call at home at 508-877-1986 as I will be working form home on Monday and Tuesday of this week.

---

---------------------- Headers ----------------------
Return-Path: <Jane.Ford@LibertyMutual.com>
Received: from rly-xi04.mx.aol.com (rly-xi04.mail.aol.com [172.20.116.9]) by air-xi01.mail.aol.com (v86_r1.13) with ESMTP id MAILINXI11-0624180743; Mon, 24 Jun 2002 18:07:43 -0400
Received: from LM-EXIMS-02.lm.lmig.com ([143.115.173.68]) by rly-xi04.mx.aol.com (v86_r1.13) with ESMTP id MAILRELAYINXI47-0624180713; Mon, 24 Jun 2002 18:07:13 -0400
content-class: urn:content-classes:message
Subject: MEETING WITH RON
Date: Mon, 24 Jun 2002 18:07:12 -0400
Message-ID: <732E33796509D41194F800508B5BEE9607BC7FCC@lmig-msg-29.lmig.com>
MIME-Version: 1.0
Content-Type: multipart/alternative;
    boundary="----_=_NextPart_001_01C21BCB.7DE18D40"
X-MS-Has-Attach:

Tuesday, June 25, 2002        America Online: Ronfavier

| | |
|---|---|
| Subj: | **Re: employee meeting** |
| Date: | 06/11/2002 3:17:58 PM Eastern Daylight Time |
| From: | kaminskifam@yahoo.com (Mike Kaminski) |
| To: | Ronfavier@aol.com |

Ron,

1. how late does Sherri work typically?

2. when does Will start his shift tomorrow night?

3. how late does Will typically work?

4. even if you find the tax returns...you didn't, if you know what I mean...I'll chat with Joan shortly to discuss the removal or not of accounting records.

Thanks,
Mike


--- Ronfavier@aol.com wrote:
> Mike,   Sherri will be in to work at 5 p.m. tonite.
> Will was in during the
> day today. He can not come in tonite. He will be
> working the bar tomorrow
> night.
> Joan was in today, and she wants to get our past tax
> returns again. Ive been
> looking for them. They have always been kept in the
> filing cabnet. Their not
> there now...still looking. If and when I do find
> them, shall I allow her to
> take them home again, or
> request that she examine them here?
> As a last resort, I can get copies from the
> Accountant, Swartz and Pollechek.
> Ron
>

---

Do You Yahoo!?
Yahoo! - Official partner of 2002 FIFA World Cup
http://fifaworldcup.yahoo.com


------------------ Headers ------------------
Return-Path: <kaminskifam@yahoo.com>
Received: from  rly-ye04.mx.aol.com (rly-ye04.mail.aol.com [172.18.151.201]) by air-ye05.mail.aol.com (v86.11) with ESMTP id MAILINYE54-0611151758; Tue, 11 Jun 2002 15:17:58 -0400
Received: from  web11208.mail.yahoo.com (web11208.mail.yahoo.com [216.136.131.190]) by rly-ye04.mx.aol.com (v86_r1.12 with ESMTP id MAILRELAYINYE410-0611151738; Tue, 11 Jun 2002 15:17:38 -0400
Message-ID: <20020611191736.10729.qmail@web11208.mail.yahoo.com>
Received: from [216.153.151.56] by web11208.mail.yahoo.com via HTTP; Tue, 11 Jun 2002 12:17:36 PDT
Date: Tue, 11 Jun 2002 12:17:36 -0700 (PDT)

Tuesday, June 11, 2002     America Online: Ronfavier

**NATHANIEL WOLFE BINNS**
12 French Avenue # 2
Braintree, MA 02184
781.356.0883

**OBJECTIVE**
A position at a golf course where I can utilize more than 18 years of experience in the golf course industry.

**RELEVANT EXPERIENCE**
Oversaw the successful installation of a $1.2 million irrigation system, including the permitting process for a 2 million-gallon irrigation lake, installation of a new pumpstation with PlantStar fertigation, building of new tees and removal and subsequent regrassing of 5 acres of maintenance road through the course. Coordinated the mitigation of wetlands with PA Department of Environmental Protection and the construction and planting of the new wetlands. Worked closely with Paul Granger, President of Aqua Agronomics, in the designing phase of the system to ensure proper distribution of water. Also worked closely with the George Ley Company to manage day to day activities related to the installation.

**EMPLOYMENT HISTORY**

**Packsaddle Ridge Golf Club, Keezletown VA:**  Grow-in Superintendent (4/02-7/02)
- Completed the grow-in of an upscale, public golf course
- Led a staff of 35
- Developed a budget for the golf course
- Built putting greens, chipping greens and 6 new tees
- Identified and corrected major installation flaws in Toro Osmac Irrigation System

**Schuylkill Country Club, Orwigsburg PA:**  Golf Course Superintendent (09/93 - 12/01)
                                             General Manager (2/96- 12/98)
A championship Donald Ross golf course
- Oversaw the successful installation of a $1.2 million Toro irrigation system
- Rebuilt the soil structure of the greens
- Enlarged the putting surfaces back to original Donald Ross specifications
- Worked with Dr. Tom Watchke to convert ryegrass fairways to bentgrass
- Rebuilt 8 bunkers back to original Donald Ross design using blueprints and photographs
- Coordinated Audubon Cooperative Sanctuary Program (ACSP) membership
- Oversaw the successful building of a $1.1 million Pro Shop, Ladies Locker room and HVAC project
- Wrote and implemented first budget for entire club
- Developed long range membership incentive plan
- Developed and initiated first in house training manual for all staff

**Loxahatchee Country Club, Jupiter FL:**  Consultant (1/93-6/93)
- Partnered closely with Golf Course Superintendent to develop long term strategy for the maintenance of bentgrass greens in South Florida

**Lakewood Country Club, Rockville MD:**  Golf Course Superintendent (10/86 - 12/92)
A private 18 hole course in the suburbs of Washington DC.

**EDUCATION/PROFESSIONAL ORGANIZATIONS**
Associate of Science: Agronomy. University of Massachusetts, 1981
Tuco-UpJohn Scholastic Scholarship winner, 1981
Member, GCSAA Education Committee, 1996
Member, GCSAA Career Development Committee, 1997-98
Member, Donald Ross Historical Society
Completed Remodeling University curriculum through The American Society of Golf Course Architects

R 0289



December 16, 2002

To: The Members of the Maynard Country Club

It is with pleasure that I introduce to you Nathaniel "Nat" Binns as Business Manager of the Maynard Country Club, effective December 16, 2002. Nat brings with him more than eighteen years of experience in the golf course industry. Most recently, Nat held the position of Golf Course Superintendent and General Manger of the Schuylkill Country Club in Orwigsburg, VA. During this time, Nat has also been very active in many golf related educational and professional organizations. He now lives in Braintree.

I encourage each of you to stop by the MCC during the off season to introduce yourself to Nat. I'm sure Nat would be interested in meeting with and listening to as many of the club members as possible before the start of the 2003 golf season.

In a related matter, the contract of Club Manger Ron Favier has been terminated, effective December 15, 2002. I'm sure you will all join me in thanking Ron for his several years of service with the MCC, and wish him the very best.

Sincerely,


Mike Kaminski,
President