UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER,<br><br>                          **Plaintiff,**<br><br>vs.<br><br>MAYNARD COUNTRY CLUB,<br><br>                          **Defendant.** | Docket No. 04-12540 MLW |

**DEFENDANT'S ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION TO STRIKE, MOTION FOR ADDITIONAL DISCOVERY AND OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Maynard Country Club (the "Defendant") respectfully moves this Court to extend the time in which it must file responses to Plaintiff's Motion to Strike Portions of the Affidavit of Michael Kaminski, Motion for Additional Discovery and Opposition to Defendant's Motion for Summary Judgment, for one week, up to and including January 25, 2005.  As grounds for this Motion, Defendant states:

1.      Plaintiff's counsel assents to this motion for extension of time.

2.      Whereby, the current deadline for Defendant's reply and opposition briefs is January 18, 2005.

3.      Defendant's counsel requests this extension of time until January 25, 2005 because Defendant's counsel has been ill and unable to finalize Defendant's responses to the Plaintiff's two motions and opposition brief.

4.  Pursuant to LR 7.2A, the undersigned counsel certifies that this request for extension will not result in the continuance of any hearing, conference, or trial.

WHEREFORE, Defendant respectfully requests that this Court extend and enlarge the time for Defendant's filing of its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss and for Summary Judgment, and its Opposition to Plaintiff's Motion to Strike and Motion for Additional Discovery until January 25, 2005.

Respectfully submitted,

MAYNARD COUNTRY CLUB

By its attorneys,

 /s/ Carrie J. Campion
David S. Rosenthal (BBO No. 429260)
Carrie J. Campion (BBO No. 656451)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

Date: January 14, 2005

## Certificate of Service

I hereby certify that a copy of the above request was mailed to Plaintiff's counsel at his last known address on January 14, 2005.

/s/ Carrie J. Campion
Carrie J. Campion