UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONALD A. FAVIER,         )<br>          Plaintiff(s)       )<br>                              )<br>v.                          )<br>                              )<br>MAYNARD COUNTRY CLUB, INC.,  )<br>          Defendant(s)       ) | C.A. No.  04-12540-MLW |

## SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on March 4, 2005 by counsel for the plaintiff that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

                                        By the Court:
                                        Tony Anastas, Clerk

March 7, 2005                           /s/Dennis O'Leary
Date                                    Deputy Clerk